IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| DAVID HARRIS,<br><br>       Plaintiff,<br><br>v.<br><br>TD AMERITRADE,<br><br>       Defendant. | CIVIL ACTION<br><br>FILE NO. _____ |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

COMES NOW, Defendant TD Ameritrade, Inc., a New York corporation ("TD Ameritrade" or "Defendant"), and pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1446, files this its Notice of Removal and shows the Court as follows:

1.      On June 5, 2014, Plaintiff David Harris ("Plaintiff") filed Case No. 41279 styled *David Harris v. TD Ameritrade, Inc.* in the Fourteenth Judicial District of Tennessee, Circuit Court of Coffee County (the "State Action"). TD Ameritrade received notice of the State Action through service on Corporation Service Company ("CSC") (a true and correct copy of the notice of service of process from CSC is attached hereto as Exhibit "A") on June 10, 2014. A copy of the Summons ("Summons") in the State Action is attached hereto as Exhibit "B." A copy of the Statement of Claim or Complaint ("Complaint") in the State Action served on TD Ameritrade is attached hereto as Exhibit "C." No further proceedings have been had in the State Action.

2.      This Notice of Removal is filed within 30 days of TD Ameritrade's receipt of notice of Plaintiff's Complaint. Therefore, the dates on or before which TD Ameritrade is required, by the laws of the State of Tennessee to answer or otherwise respond to Plaintiff's

Complaint have not lapsed. The Summons and Complaint were served on TD Ameritrade through CSC on June 10, 2014. In accordance with the requirements of 28 U.S.C. §1446(b), this Notice of Removal is filed within 30 days after service of the Summons and Complaint on TD Ameritrade.

3. The Complaint in the State Action alleges various causes of action arising from the purchase of certain securities in Bancorp International Group, Inc. ("BCIT"), and states in part:

> I am requesting that the Court compel the Defendant to transfer my BCIT ownership from their books into my name, on the books of BCIT, and deliver to me a BCIT stock certificate (45,000 shares; CUSIP #05968x205) as proof of my registered ownership, as well as $1,237,500.00 (One Million, Two Hundred Thirty Seven Thousand, Five Hundred Dollars) in damages and all court related expenses associated with this case. [*See* Complaint, Relief, p. 2 and Conclusion, p. 7].

4. Plaintiff is an individual residing in and a citizen of the State of Tennessee. (*See* Summons and Complaint). Defendant TD Ameritrade is a New York corporation with its principal place of business in Omaha, Nebraska. TD Ameritrade is not currently nor ever has been a resident or citizen of the State of Tennessee.

5. The Complaint in the State Action alleges an amount in controversy that is in excess of $75,000, exclusive of interest and costs. Indeed, Plaintiff alleges in the Complaint that he has suffered damages in the amount of $1,237,500.00. (Complaint, pp. 2 and 7).

6. Accordingly, this action is within the original diversity jurisdiction of this Court pursuant to 28 U.S.C. §1332(a), and within the removal jurisdiction of this Court pursuant to 28 U.S.C. §1441(b), and is removable within the meaning of 28 U.S.C. §1441(b).

7. TD Ameritrade desires and is entitled to have this cause removed from the Fourteenth Judicial District of Tennessee, Circuit Court of Coffee County, to the United States

4847-7030-8891.2

District Court for the Eastern District of Tennessee, Winchester Division, such being the District where the State Action is pending.

8.     Pursuant to the provisions of 28 U.S.C. § 1446, Defendant attaches hereto as Exhibit "B" and Exhibit "C," and incorporates herein by reference, copies of the following pleadings served upon Defendant TD Ameritrade and filed in the State Action:

(a)     Summons filed and issued by the Fourteenth Judicial District of Tennessee, Circuit Court of Coffee County, Part One on June 5, 2014; and

(b)     The Plaintiff's Statement of Claim or Complaint filed in the Fourteenth Judicial District of Tennessee, Circuit Court of Coffee County, Part One, on June 5, 2014 (without exhibits).

9.     Contemporaneously with the filing of this Notice of Removal, TD Ameritrade is giving written Notice of Filing the Notice of Removal to all adverse parties, and is filing a copy of this Notice of Removal with the Clerk of the Fourteenth Judicial District of Tennessee, Circuit Court of Coffee County, as required by 28 U.S.C. §1446(d), and as stated in the Affidavit of Gregory R. Crochet attached hereto as Exhibit "D."

10.     Payment of the appropriate fees and costs for removal and docketing of this matter in the federal court, if any, is tendered with this notice.

WHEREFORE, Defendant hereby removes this action from the Fourteenth Judicial District of Tennessee, Circuit Court for Coffee County, and prays that this Court accept jurisdiction of this action and that it be placed on the docket of this Court for further proceedings as an action properly removed to it, the same as though this action had originally been instituted in this Court.

On this 3rd day of July, 2014.

GRANT KONVALINKA & HARRISON, P.C.


/s/ Mathew D. Brownfield
Mathew D. Brownfield
BPR #10921
mbrownfield@gkhpc.com
Republic Centre, Ninth Floor
633 Chestnut Street
Chattanooga, TN 37450
(423) 933-2731 (Telephone)
(423) 756-6518 (Facsimile)


and

KUTAK ROCK LLP


/s/ Gregory R. Crochet
Gregory R. Crochet
BPR #026962
greg.crochet@kutakrock.com
303 Peachtree Street, N.E.
Suite 2750
Atlanta, GA 30308
(404) 222-4600 (Telephone)
(404) 222-4654 (Facsimile)


Attorneys for Defendant TD Ameritrade, Inc.

4

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Removal was served on Plaintiff by placing a copy of same in the United States Mail in an envelope with adequate postage affixed thereon, property addressed as follows:

> Mr. David L. Harris
> 5913 Fountain Grove Road
> Morrison, TN 37357

This the 3rd day of July, 2014.

/s/ Gregory R. Crochet
Gregory R. Crochet

4847-7030-8891.2