UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| DAVID HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-0046 |
| | ) | Phillips/Lee |
| TD AMERITRADE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the defendant's motion to dismiss, or alternatively, to compel arbitration [Doc. 4] is hereby **GRANTED in part** and **DENIED in part**. The parties are **ORDERED** to arbitrate the claims raised in plaintiff's complaint pursuant to the terms of the parties' arbitration agreement. In light of this decision, the defendant's motion to strike [Doc. 23] is **DENIED as moot**. This case is hereby **DISMISSED without prejudice**.

IT IS SO ORDERED.

                                                 s/ Thomas W. Phillips
                                           SENIOR UNITED STATES DISTRICT JUDGE